# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MIGUEL VAZQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LONG BEACH et al.,<br><br>　　　　Defendants.<br>―――――――――――――――<br>MIGUEL CONTRERAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LONG BEACH et al.,<br><br>　　　　Defendants. | NO. CV 12-9923-PJW<br>c/w CV 13-3227-PJW<br><br>[Hon. Patrick J. Walsh]<br><br>[~~PROPOSED~~] SCHEDULING ORDER<br><br>[*Filed concurrently with Joint Stipulation To Continue Scheduling Order Deadlines*] |

　　　GOOD CAUSE APPEARING from the joint stipulation of the parties, IT IS HEREBY ORDERED that the parties' request to modify the scheduling order and

reset dates for the above-captioned consolidated actions is GRANTED and the following schedule is ORDERED:

    Fact Discovery Deadline: <u>September 26, 2014</u>

    Deadline for filing Status Report re: Settlement and Stipulated Pretrial Deadlines: <u>October 10, 2014</u>

    Expert Reports Due: <u>October 17, 2014</u>

    Rebuttal Expert Reports Due: <u>November 7, 2014</u>

    Expert Discovery Deadline: <u>November 21, 2014</u>

    Motion Hearing Deadline (other than motions *in limine*): <u>December 15, 2014</u>

    Pretrial Conference: <u>January 19, 2015 at 11:00 a.m.</u>

    Trial: <u>February 3, 2015 at 9:00 a.m.</u>

    IT IS FURTHER ORDERED that all previous dates and deadlines set in the above-captioned consolidated cases are hereby VACATED.

    IT IS SO ORDERED.

Dated: _July 22, 2014_

                            HON. PATRICK J. WALSH
                            United States Magistrate Judge

Submitted by stipulation of the parties:

By: */s/ Caitlin S. Weisberg*
     CAITLIN S. WEISBERG
     Attorney for Plaintiff Vazquez

By: */s/ Thomas E. Beck*
     THOMAS E. BECK
     Attorney for Plaintiff Contreras

By: */s/ Howard D. Russell*
     HOWARD D. RUSSELL
     Attorney for Defendants