UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-9923-PJW<br>CV 13-3227-PJW | Date | October 9, 2015 |
|---|---|---|---|

| Title | *Miguel Vaquez v. City of Long Beach, et al.*<br>*Miguel Contreras v. City of Long Beach, et al.* |
|---|---|

| Present: The Honorable | Patrick J. Walsh | | |
|---|---|---|---|
| Isabel Martinez | | None | None |
| Deputy Clerk | | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs/Petitioner: | Attorneys Present for Respondent/Defendant: |
|---|---|
| None | None |

**Proceedings:**   Plaintiff Contreras' Motion to Compel Deputy City Prosecutor Salzman to Answer Deposition Questions (Doc. No. 61.)

Before the Court is Plaintiff Vazquez's motion to compel Deputy City Prosecutor Chad Salzman to answer questions that he refused to answer in his deposition. For the reasons set forth below, the motion is granted in part and denied in part.

Over Defendants' objections, the Court has already ruled that Plaintiffs can discover the prosecution's files in the underlying criminal cases and depose the prosecutor to learn the basis for his charging decisions. The information sought by Plaintiffs' counsel in the questions posed to the prosecutor as set out at pages 3, 4, and 5 of the Joint Stipulation relate to that issue and, therefore, are encompassed in the Court's prior ruling. As such, the prosecutor is ordered to answer those questions.

In an effort to save the parties and Mr. Salzman time and money, however, the Court will allow Mr. Salzman to submit his responses in writing, under oath. Assuming that his responses are adequate, Mr. Salzman will not have to return for further depositions.

As to Plaintiffs' request that Mr. Salzman be required to set forth his opinion as to whether the police report relating to Mr. Contreras contained enough evidence to charge Mr. Contreras with resisting arrest, that request is denied. That question calls for an expert opinion, which Mr. Salzman is not required to provide.

The hearings scheduled for October 14 and 16, 2015 are hereby taken off calendar.

cc: All Counsel of Record in Both Cases

S:\PJW\Cases-Consent\Vasquez v. Ciy of LB, et al\MO Salzman depo.wpd

|  | : |
|---|---|
| Initials of Preparer | im |