JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miguel Vazquez, and Miguel Contreras,<br><br>PLAINTIFF(S)<br>v.<br>City of Long Beach, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br>CV 12-9923-PJW and CV 13-3227-PJW<br><br>**JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable Patrick J. Walsh, Magistrate ~~District~~ Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Miguel Vazquez and Miguel Contreras

recover of the defendant(s):

Miguel Vazquez - $375,000

Miguel Contreras - $1,250,000

the sum of $1,625,000. ~~with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of xxxxxxxxxxxxxxxxxxxxxxxx~~.

Clerk, U. S. District Court

Dated: October 14, 2016

By /s/ Isabel Martinez
Deputy Clerk

At: Los Angeles, California

cc: *Counsel of record*